# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ROSE MARY VAZQUEZ,  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BELZ INVESTMENT COMPANY, L.P.,  )<br>and PEABODY PLACE, L.P.,  )<br>  )<br>       Defendants.  ) | No. 2:23-cv-2113-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed March 3, 2023,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Plaintiff's Notice of Dismissal Without Prejudice as to Belz Investment Company, L.P. Only, (ECF No. 8), filed March 15, 2023, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims against Defendant Belz Investment Company, L.P. in this matter are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against Defendant Peabody Place, L.P. shall proceed.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

March 15, 2023
Date