# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| ROSE MARY VAZQUEZ, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-2113-SHL-tmp |
| | ) | |
| PEABODY PLACE, L.P., | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed March 3, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Summary Judgment (ECF No. 28), entered January 11, 2024, all claims in this matter are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 56.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

January 11, 2024
Date